# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1313. JAMES RENARD FELTON v. THE STATE.**

The appellant in this case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rules 22 (a) and 23 (a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed. See also Court of Appeals Rule 13.

On March 16, 2018, this Court ordered the appellant to file an enumeration of errors and a brief no later than April 9, 2018. As of the date of this order, the appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).

Because appellant is represented by counsel, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because no appellant's brief has been filed. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction. If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to appellant as well as to appellant's attorney, and the latter is also directed to send a copy to appellant.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,　05/04/2018　　　　*
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*